## CONSENT TO SUE

    I hereby consent to be a Plaintiff in the case captioned above.  I hereby consent to the bringing of any claims I may have under the Fair Labor Standards Act, New Jersey Wage, and Hour Law, and New Jersey Wage Payment Law for improper compensation of wages, unpaid overtime wages, liquidated damages, attorney's fees, costs, and other relief and any other applicable wage and hour laws against the Defendant. I further consent to bring these claims on a collective and class action basis with other current/former employees of Defendant, to be represented by and through my attorneys at Ryan Kim Law, P.C. I agreed to be bound by any settlement of this action or adjudication by the Court. I authorize Ryan Kim Law, P.C. as well as its successors and assigns, to represent me in this case.

Name:	Yu Jung Lee

Signature: ___*Yu jung lee*___
Dated: 03/11/2022