**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| YU JUNG LEE, individually, and on behalf of others similarly situated,<br><br>                                   Plaintiff,<br><br>v.<br><br><br>DONG BANG CORPORATION, MI JA KIM, JOO HEE KIM and SANG KYU KIM<br><br>                                   Defendants, | Index No. 22-cv-1336<br><br><br>**임금에 관한 소송 계류 통지서** |

**귀하가 2016 년 3 월 12 일부터 현재까지 동방그릴에서 일하신 적이 있거나 현재 "서버"로 일하고 계신경우 이 공지를 읽으십시오.**

전 직원 이유정("원고")이 (주)Dong Bang Corporation (동방그릴)과 김미자, 김주희, 김상규 (총칭 "피고")을 상대로 (1) 최저임금 미지급을 포함한 미지급 임금 (2) 초과 근무 수당 미지급, (3) 팁 횡령으로 인한 미지급 팁 임금 (4) 손해 배상금 및 법적 처벌, (5) 변호사 수임료 및 비용을 청구하는 소송을 제기하였습니다.

이 소송의 연방 집단 공정 노동 기준법("FLSA") 청구는 최저 임금, 초과 근무 수당, 팁 임금 횡령, 손해 배상액, 변호사 수임료 및 비용을 포함한 미지급 임금에 대한 임금을 요구합니다. 이 통지의 목적은 FLSA 에 따라 이 소송에 참여할 수 있는 귀하의 권리에 대해 알려드리는 것입니다. 이 통지서는 FLSA 집단 소송 청구에만 적용되며 뉴저지 주법에 따라 제기된 집단 소송 청구에는 적용되지 않습니다.

### 귀하의 법적 권리

귀하가 2016 년 3 월 12 일 이후부터 현재까지 피고용인으로 근무했으며 위에 설명된 청구를 주장할 수 있다고 생각하는 경우 귀하는 이 소송에 참여할 권리가 있습니다. 이 소송에 참여하거나 참여하지 않는 것은 귀하의 권리입니다. 귀하가 이 소송에 참여하기로 결정한 경우, 피고가 이 소송에 참여하는 것에 대해 어떠한

방식으로든 귀하에게 보복, 해고, 불리한 조치를 취하거나 귀하를 차별하는 것은 불법입니다.

이 소송의 FLSA 청구에 참여하는 경우 정보를 제공하고 질문에 답변해야 하며, 증인심문과 법정 증언 그리고 문서를 제출해야 할 수도 있습니다. 귀하는 또한 이 소송의 FLSA 청구 결과가 원고에게 유리하건 불리하건간에 그 결과에 종속됩니다.

이 소송에 참여하려면 이 통지문에 동봉된 "소송 동의서" 양식에 서명하고 [통지서 발송일로부터 60 일] 또는 그 이전에 보내야 합니다.

> Ryan Kim, Esq.
> Ryan Kim Law, P.C.
> 222 Bruce Reynolds Blvd. Suite 490
> Fort Lee, NJ 07024
> Tel: (718) 573-1111

이 소송에 참여하지 않고 대신 자신의 소송을 제기하려는 경우 특정 기간 내에 소송을 제기해야 함을 알아야 합니다. 일반적으로 FLSA 에 따른 공소시효는 위반일로부터 2 년 또는 3 년이고 뉴저지 주법에 따른 공소시효는 위반일로부터 6 년입니다.

### 원고 대리 변호인

귀하가 이 소송에 참여하고 원고가 원고의 변호사를 통해 대변하는 것에 동의하면 Ryan Kim Law, P.C.가 귀하를 대리합니다. 회사는 소송을 "성공보수금" 기준으로 처리하고 있습니다. 즉, 이 소송에 대해 변호사 비용이나 비용을 지불할 필요가 없습니다. 원고가 유리한 판결을 받으면 원고는 Ryan Kim Law, P.C.에게 금전적 보상금의 최대 3 분의 1 을 지급하도록 법원에 요청할 수 있습니다. 귀하를 대리하는 Ryan Kim Law, P.C.가 꼭 필요로 하는 것은 아닙니다. 그러나 이 소송에서 귀하만의 변호사가 귀하를 대리하기를 원하는 경우 귀하는 해당 변호사 비용과 비용을 지불할 책임이 있습니다.

### 더 자세한 내용

이 소송에 관련한 더 자세한 정보는 라이언 김 변호사를 통하시면 받을 수 있습니다.

> Ryan Kim, Esq.
> Ryan Kim Law, P.C.
> 222 Bruce Reynolds Blvd. Suite 490

2

Fort Lee, NJ 07024
Tel: (718) 573-1111
Email: ryankimlaw@gmail.com

**법원이나 서기실에 질문전화를 하거나 서신을 보내지 마세요.**

Dated: _____, 2022

Fort Lee, New Jersey

3

**"소송 동의서" 양식**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YU JUNG LEE, individually, and on behalf of others similarly situated,<br><br>                                    Plaintiff,<br>    v.<br><br>DONG BANG CORPORATION, MI JA KIM, JOO HEE KIM and SANG KYU KIM<br><br>                                    Defendants, | Index No. 22-cv-1336<br><br>소송 동의서 |

귀하가 2016 년 3 월 12 일부터 현재까지 피고에 의해 이전에 고용되었거나 현재 서버로 고용되었다면 [통지 날짜로부터 60 일]까지 이 "소송 동의서" 양식을 작성하여 우편으로 보내주십시오.

>Ryan Kim, Esq.
>Ryan Kim Law, P.C.
>222 Bruce Reynolds Blvd. Suite 490
>Fort Lee, NJ 07024
>Tel: (718) 573-1111
>Fax: (718) 573-1111

본인은 이에 당사자 원고로서 이 소송에 참여하는 데 동의합니다. 이 동의서에 서명하고 반환함으로써 본인은 Ryan Kim Law, P.C.를 나를 대리하고 소송 및 모든 합의에 관해 결정을 내리도록 지정합니다.

이름: _____

주소: _____

시: _____   주: _____   우편번호: _____

전화번호: _____   소셜번호: _____

이메일 주소: _____

SIGNATURE: _____Date: _____