"소송 동의서" 양식

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

YU JUNG LEE, individually, and on behalf of others similarly situated,

Plaintiff,

v.

DONG BANG CORPORATION, MI JA KIM, JOO HEE KIM and SANG KYU KIM

Defendants,

Index No. 22-cv-1336

소송 동의서

귀하가 2016 년 3 월 12 일부터 2022 년 3 월 11 일 기간 동안에 서버로 고용되었다면 [통지 날짜로부터 30 일]까지 이 "소송 동의서" 양식을 작성하여 우편으로 보내주십시오.

Ryan Kim, Esq.
Ryan Kim Law, P.C.
222 Bruce Reynolds Blvd. Suite 490
Fort Lee, NJ 07024
Tel: (718) 573-1111

본인은 이에 당사자 원고로서 이 소송에 참여하는 데 동의합니다. 이 동의서에 서명하고 반환함으로써 본인은 Ryan Kim Law, P.C.를 나를 대리하고 소송 및 모든 합의에 관해 결정을 내리도록 지정합니다.

이름: JIN HO KIM
주소: 1432 11th Street 1st floor
시: Fort Lee    주: NJ    우편번호: 07024
전화번호: 201-708-5775    소셜번호 (마지막 4 자리 숫자): 4832
이메일 주소: iconski31@hotmail.com
SIGNATURE: [signature]    Date: 02-16-2023

4

## "CONSENT TO SUE" FORM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YU JUNG LEE, individually, and on behalf of others similarly situated,<br><br>         Plaintiff,<br> v.<br><br>DONG BANG CORPORATION, MI JA KIM, JOO HEE KIM and SANG KYU KIM<br><br>         Defendants, | Index No. 22-cv-1336<br><br><br>**CONSENT TO SUE** |

**If you are or were employed as a former or current server employed by Defendants at any time between March 12, 2016, and March 11, 2022, complete and mail this "Consent to Sue" Form by [30 days from the date of notice] to:**

> Ryan Kim, Esq.
> Ryan Kim Law, P.C.
> 222 Bruce Reynolds Blvd. Suite 490
> Fort Lee, NJ 07024
> Tel: (718) 573-1111
> Fax: (718) 573-1111

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Ryan Kim Law, P.C. to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _____

Address: _____

City: _____  State: _____  Zip: _____

Telephone Number: _____  Social Security No. (last 4 digits): _____

E-mail Address: _____


SIGNATURE: _____ Date: _____

4