"소송 동의서" 양식

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YU JUNG LEE, individually, and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DONG BANG CORPORATION, MI JA KIM, JOO HEE KIM and SANG KYU KIM<br><br>　　　　　　　　　Defendants, | Index No. 22-cv-1336<br><br>소송 동의서 |

귀하가 2016 년 3 월 12 일부터 2022 년 3 월 11 일 기간 동안에 서버로 고용되었다면 [통지 날짜로부터 30 일]까지 이 "소송 동의서" 양식을 작성하여 우편으로 보내주십시오.

　　　　　Ryan Kim, Esq.
　　　　　Ryan Kim Law, P.C.
　　　　　222 Bruce Reynolds Blvd. Suite 490
　　　　　Fort Lee, NJ 07024
　　　　　Tel: (718) 573-1111

본인은 이에 당사자 원고로서 이 소송에 참여하는 데 동의합니다. 이 동의서에 서명하고 반환함으로써 본인은 Ryan Kim Law, P.C.를 나를 대리하고 소송 및 모든 합의에 관해 결정을 내리도록 지정합니다.

이름: __Guhwan Park__

주소: __489 Chestnut St. Apt B.__

시: __Ridgefield__　　주: __NJ__　　우편번호: __07657__

전화번호: __201-707-3203__　　소셜번호 (마지막 4 자리 숫자): __9054__

이메일 주소: __bnm8557@naver.com__

SIGNATURE: __(signed)__　　　　　　　　Date: __2/14/23__

4

**"CONSENT TO SUE" FORM**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| YU JUNG LEE, individually, and on behalf of others similarly situated, | Index No. 22-cv-1336 |
| Plaintiff, | |
| v. | **CONSENT TO SUE** |
| DONG BANG CORPORATION, MI JA KIM, JOO HEE KIM and SANG KYU KIM | |
| Defendants, | |

**If you are or were employed as a former or current server employed by Defendants at any time between March 12, 2016, and March 11, 2022, complete and mail this "Consent to Sue" Form by [30 days from the date of notice] to:**

> Ryan Kim, Esq.
> Ryan Kim Law, P.C.
> 222 Bruce Reynolds Blvd. Suite 490
> Fort Lee, NJ 07024
> Tel: (718) 573-1111
> Fax: (718) 573-1111

**I hereby consent to join this lawsuit as a party plaintiff. By signing and returning this consent form, I hereby designate Ryan Kim Law, P.C. to represent me and make decisions on my behalf concerning the litigation and any settlement.**

Name: _____

Address: _____

City: _____ State: _____ Zip: _____

Telephone Number: _____ Social Security No. (last 4 digits):_____

E-mail Address: _____


SIGNATURE: _____Date: _____

4